829 A.2d 672

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Lawrence T. FOTI, Respondent.**

**No. 835 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 24, 2003.

## *ORDER*

PER CURIAM.

AND NOW, this 24th day of July, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 28, 2003, it is hereby

ORDERED that LAWRENCE T. FOTI be and he is SUSPENDED from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.